PD-0033-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/6/2015 9:10:26 AM
Accepted 1/14/2015 6:44:38 PM
ABEL ACOSTA
CLERK

# PD-0033-15

NO. PD- [NOT YET ASSIGNED]-15

IN THE
COURT OF CRIMINAL APPEALS
OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

JANUARY 14, 2015

ABEL ACOSTA, CLERK

JOHNNY RUIZ,
Appellant

vs.

THE STATE OF TEXAS,
Appellee

*Seeking review of an opinion from the Court of Appeals for the Fifth District of Texas at Dallas in No. 05-13-00918-CR*

## STATE'S MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

**COMES NOW, THE STATE OF TEXAS**, pursuant to TEX. R. APP. P. 68.2(c), and in compliance with TEX. R. APP. P. 10.5(b), respectfully requesting an extension of time to file the State's Petition For Discretionary Review. In support of this motion, the State would show the following:

On November 5, 2014, the Court of Appeals for the Fifth District of Texas at Dallas reversed the judgment of the trial court

and acquitted Appellant in Trial Court Cause No. F1235122-K, Appellate Court Cause No. 05-13-00918-CR. The State timely filed a Motion for Rehearing and it was denied on December 5, 2014. The State's Petition for Discretionary Review is presently due on January 5, 2015. But for reasons of the closings of the Dallas County Criminal District Attorney's Office for the Christmas and New Year holidays, and the undersigned attorney's absence from the office due to an injury, the State's petition cannot be prepared for filing on the present due date. Therefore, the State respectfully requests an extension of 30 days, or until February 4, 2015, to file the State's petition.

Respectfully submitted,

/s/Patricia Poppoff Noble

SUSAN HAWK
District Attorney
Dallas County, Texas

PATRICIA POPPOFF NOBLE
Assistant District Attorney
State Bar No. 15051250
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-19
Dallas, Texas 75207-4399
(214) 653-3634
pnoble@dallascounty.org

## CERTIFICATE OF SERVICE AND WORD COUNT

I hereby certify that a true copy of the foregoing motion was served on, Assistant Public Defender Julie Woods, attorney for Appellant by TexFile.Gov and by hand delivery on January 6, 2015.

I hereby further certify that the length of this motion is 330 words using Microsoft Word 2010.

<u>/s/Patricia Poppoff Noble</u>
PATRICIA POPPOFF NOBLE